UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                            Case No. 22-CR-64

DONNACLAIRE J. CORN,

      Defendant.

## ORDER GRANTING THE GOVERNMENT'S MOTION FOR LEAVE TO DISMISS INDICTMENT AND INFORMATION

Upon motion of the United States, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

**IT IS ORDERED** that the United States is granted leave to dismiss the indictment and information in the above-captioned case.

Dated at Green Bay, Wisconsin, this 25th day of May, 2022.

                                                       s/ William C. Griesbach
                                                       WILLIAM C. GRIESBACH
                                                       United States District Judge